**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-11440 |
| | * | |
| | * | CHAPTER 7 |
| **INTERURBAN HOUSING CORPORATION** | * | |
| | * | |
| DEBTOR | * | |
| | * | JUDGE MEREDITH S. GRABILL |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, a copy of the "Order" **[P-239]** was duly served by:

1. ELECTRONIC FILING through the Court's Notice of Electronic Filing System to the parties listed on the attached Exhibit "A"; and,

2. FIRST CLASS MAIL, POSTAGE PREPAID, and properly addressed upon the parties listed on the attached Exhibit "B"

Respectfully submitted,

THE DERBES LAW FIRM, L.L.C.

*/s/ Frederick L Bunol*
Frederick L. Bunol (29,111)
The Derbes Law Firm, L.L.C.
3027 Ridgelake Drive
Metairie, LA 70002
Phone: 504-837-1230
Fax: 504-832-0327
*Attorneys for Chapter 7 Trustee*

# Jamie Phillips

| | |
|---|---|
| **From:** | CMECF_LAEB@laeb.uscourts.gov |
| **Sent:** | Wednesday, September 7, 2022 12:26 PM |
| **To:** | LAEBCourtMail@laeb.uscourts.gov |
| **Subject:** | (Ch 7) 20-11440 Order on Application for Compensation |
| **Categories:** | Done/Completed |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from Lew, K entered on 9/7/2022 at 12:26 PM CDT and filed on 9/7/2022
**Case Name:** Interurban Housing Corporation
**Case Number:** 20-11440
**Document Number:** 239

**Docket Text:**
Order Granting Application For Compensation Granting for Derbes Law Firm, LLC, fees awarded: $24073.00, expenses awarded: $1725.85 IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)[235] Application for Compensation filed by Trustee Wilbur J. (Bill) Babin) Signed on 9/6/22. (Lew, K)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 20-11440o jmb fee app 9.6.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=9/7/2022] [FileNumber=12957929-0]
[26fa8ce6106e0accdf8971f84ff5c5a3759349f0f7413888a351094c3318268362e0
9e6f58acac857d3e3b8cdd4fc2b500bdd982d9d809d576e7ccc5deb05141]]

**20-11440 Notice will be electronically mailed to:**

Wilbur J. (Bill) Babin, Jr.
trusteebabin@wjbabin.com, la35@ecfcbis.com

Wilbur J. (Bill) Babin, Jr. on behalf of Trustee Wilbur J. (Bill) Babin, Jr.
trusteebabin@wjbabin.com, la35@ecfcbis.com

Ex. A

1

Brandon A. Brown on behalf of Creditor Normandy Capital Trust
bbrown@stewartrobbins.com,
bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Frederick L. Bunol on behalf of Trustee Wilbur J. (Bill) Babin, Jr.
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Kandra Gardner
gardnerkandra@gmail.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Ryan Matthew McCabe on behalf of Creditor U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2018-1
rmccabe@dwyercambre.com, nkelly@dwyercambre.com;rmccabe@gmail.com

Marc R Michaud on behalf of Debtor Interurban Housing Corporation
marc@smnola.com

L. Marlene Quarles on behalf of Creditor U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2018-1
mquarles@dwyercambre.com

Ryan James Richmond on behalf of Trustee Ryan James Richmond
ryan@snw.law, la53@ecfcbis.com

Peter James Segrist on behalf of Creditor GC Global Strategies, LLC
segrist@carverdarden.com, clary@carverdarden.com

David M Serio on behalf of Trustee Wilbur J. (Bill) Babin, Jr.
dserio@derbeslaw.com, derbeser72443@notify.bestcase.com

Earl F. Sundmaker on behalf of Creditor Nissan Motor Acceptance Corporation
trey@sundmakerfirm.com, alexis@sundmakerfirm.com;Jennifer@sundmakerfirm.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**20-11440 Notice will not be electronically mailed to:**

Frederick L Bunol
3027 Ridgelake Dr.
P.O.Box 8176
Metairie, LA 70011

Miriam Gifford
HomemSmart Realty South
Premier NOLA Properties, LLC
145 W. Harrison Ave., Ste. B

2

New Orleans, LA 70124

3

Case 20-11440 Doc 240 Filed 09/07/22 Entered 09/07/22 14:18:24 Main Document Page 5 of 6

Artie T. Fletcher
7633 Edward Street
New Orleans, LA 70126-2017

Capital One Spark Visa
P.O. Box 30285
Salt Lake City, UT 84130-0285

Cox Cable of New Orleans
3131 Elysian Fields Ave.
New Orleans, LA 70122-3606

Entergy New Orleans LLC
L-JEF-359
4809 Jefferson Hwy Ste A
New Orleans, LA 70121-3138

Entergy of New Orleans
1600 Perdido Street
New Orleans, LA 70112-1208

GC Global Strategies, LLC
7014 13th Ave.
Suite 202
Brooklyn, NY 11228-1604

Home Depot
2455 Paces Ferry Road, NW
Atlanta, GA 30339

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Komatsu Finance
1701 W. Golf Road
Suite 300
Rolling Meadows, IL 60008-4227

LCS Direct Rent Manager - Property Software
9410 Waterston Blvd.
Cincinnati, OH 45249

Louisiana Department of Revenue
Bankruptcy Section
P. O. Box 66658
Baton Rouge, LA 70896-6658

Lowes/Scynchrony Bank
1000 Lowes Blvd.
Mooresville, NC 28117-8520

MS Dept. of Employment Security
P.O. Box 22781
Jackson, MS 39225-2781

Retailers Casualty Insurance Company
P.O. Box 33802
Lakeland, FL 33802-2034

Ryan Brown, Sylvia Brown
2217 2nd Street
Slidell, LA 70458-3611

Sewerage & Water Board of New Orleans
625 St. Joseph Street
New Orleans, LA 70165-6501

Ex. B

(p)SPRINT
C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Technology And Management, LLC
7708 Crowder Blvd.
New Orleans, LA 70127-1058

Verizon Wireless
500 Technology Srive
Suite 500
Saint Charles, MO 63304-2225

Williams Scotsman
201 Beltway Drive
Saint Rose, LA 70087-3100